IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KENNETH A. SPOONHOUR** | : CIVIL ACTION NO. 1:CV-01-1020 |
| **Plaintiff** | : |
| v. | : (Judge Kane) |
| **THE AUTOM CHURCH SUPPLY COMPANY, INC.** | : |
| **Defendant** | : |

FILED
HARRISBURG

MAR 2 8 2002

MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

O R D E R

AND NOW, this 28th day of March, 2002, counsel having reported to the Court that the above action has been settled,

**IT IS HEREBY ORDERED** that this action is dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated.

Yvette Kane
United States District Judge

Certified from the record
Date 3-28-02
Mary E. D'Andrea, Clerk
Per _____
Deputy Clerk